### In re DOCTORS MAKING HOUSECALLS, LLC.

#### No. 2013–1553.

United States Court of Appeals, Federal Circuit.

March 10, 2014.

Eric P. Stevens, Poyner Spruill, LLP, of Raleigh, NC, argued for appellant. With him on the brief was John W. O'hale.

Benjamin T. Hickman, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Nathan K. Kelley, Solicitor, and Christina J. Hieber, Associate Solicitor.

LOURIE, BRYSON, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**